IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| EMANUELLE K.F. OLIVEIRA-MONTE, Ph.D., | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:22-CV-00481 |
| Plaintiff, | ) | |
| | ) | Judge Campbell |
| v. | ) | Magistrate Judge Frensley |
| | ) | |
| VANDERBILT UNIVERSITY, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT

In accordance with the Initial Case Management Order in this matter (Dkt. No. 27 at 2-3), the parties hereby submit this joint report confirming that they have made a good faith attempt to resolve the case. Early in the case, counsel for the parties discussed the possibility of settlement. Plaintiff also served a settlement demand on November 10, 2023 and, after the close of discovery on November 17, a proposal for mediation, both of which Vanderbilt is currently evaluating. In the event that the parties agree on a mediation or another form of ADR, the parties will promptly advise the Court. At this time, the parties do not request a judicial settlement conference.

Dated this 1st day of December 2023.

**JOINTLY SUBMITTED**:

*/s/ Frank J. Steiner*
Frank J. Steiner, #26920
2200 21st Avenue South Suite 309
Nashville, Tennessee 37212
(615) 730-6090
franksteiner@franksteinerlaw.com

*Attorney for Plaintiff Emanuelle K.F. Oliveira-Monte*

*s/ John W. Borkowski*
**KLEIN SOLOMON MILLS, PLLC**
Kevin C. Klein (#23301)
1322 4th Avenue North
Nashville, TN 37208
Phone: (615) 600-4802
kevin.klein@kleinpllc.com

**HUSCH BLACKWELL LLP**
John W. Borkowski (PHV86095)
Karen L. Courtheoux (PHV86347)
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
john.borkowski@huschblackwell.com
karen.courtheoux@huschblackwell.com

Catarina A. Colón (PHV87293)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
(414) 978-5534
Catarina.colon@huschblackwell.com

*Attorneys for Defendant The Vanderbilt University*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing on the Court's CM/ECF system on this 1st day of December 2023, which forwarded a copy to:

Frank J. Steiner
2200 21st Avenue South, Suite 309
Nashville, Tennessee 37212
franksteiner@franksteinerlaw.com

*s/ John W. Borkowski*