IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMANUELLE K.F. OLIVEIRA-MONTE, Ph.D., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:22-cv-00481 ) ) JUDGE CAMPBELL |
| VANDERBILT UNIVERSITY, | ) MAGISTRATE JUDGE FRENSLEY ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Vanderbilt University's ("Vanderbilt") Motion for Summary Judgment (Doc. No. 51). Plaintiff Emanuelle K.F. Oliveira-Monte ("Dr. Oliveira-Monte") filed a response in opposition (Doc. No. 58) and Vanderbilt filed a reply (Doc. No. 68-1). For the reasons stated in the accompanying memorandum, Vanderbilt's motion will be **GRANTED**. Vanderbilt also filed a Motion to Continue Trial Date (Doc. No. 72), which will be **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE