# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Emanuelle K. F. Oliveira−Monte

                      Plaintiff,

v.                                             Case No.: 3:22−cv−00481

Vanderbilt University

                      Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/23/2024 re [76].

                                                              Lynda M. Hill
                                                s/ Kim Chastain, Deputy Clerk